UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __21-mj-03781-McAliley__

UNITED STATES OF AMERICA

vs.

EDGARDO FRANCISCO OSPINO SAUMETT,

    **Defendant.**
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  _x_ No

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

BY:   /s/ T. M. Mathis
        TIERREL M. MATHIS
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0111642
        99 NE 4th Street
        Miami, Florida 33132-2111
        Tel (305) 961- 9275
        Fax (305) 530-7976
        Tierrel.Mathis @usdoj.gov

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

EDGARDO FRANCISCO OSPINO SAUMETT,

## CRIMINAL COMPLAINT

CASE NUMBER: 21-mj-03781-McAliley

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 6, 2021, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, EDGARDO FRANCISCO OSPINO SAUMETT ("the defendant"), did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551"), which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about September 6, 2021, the defendant arrived at Miami International Airport aboard Avianca Airlines Flight #002 from Barranquilla, Colombia. At CBP primary inspection, the defendant presented a Colombian passport and U.S. visa to CBP for an examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant's person, CBP Officers discovered a counterfeit I-551 card bearing the defendant's photograph in the name of "J.C.A." A records check of the I-551 card number revealed that the number belonged to an El Salvadorian minor. During a secondary interview, the defendant admitted that he paid $100.00 for the fraudulent card. The defendant also admitted that he used the fraudulent card for previous unauthorized employment in the United States and that his intentions were to seek unauthorized employment on this visit using the fraudulent I-551 card.

ERNESTO QUINONES, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to in accordance with the
Requirements of Fed. R. Crim. P. 4.1
by FaceTime, this 8th day of September, 2021.

SEPTEMBER 8, 2021    at    Miami, Florida
Date                                                  City and State

HONORABLE CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                      Signature of Judicial Officer